IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.                                        No. CV 10-0618 JB/LAM
                                           CR 09-1801 JB

LUIS CARLOS SANCHEZ-CALDERON,

    Defendant/Movant.

**O R D E R**

**THIS MATTER** is before the Court on Defendant/Movant's *Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (CV Doc. 1; CR Doc. 31)*. Pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts, the Court will order the United States to answer Defendant's motion.

**IT IS HEREBY ORDERED** that the Clerk is directed to forward to the United States Attorney a copy of Defendant/Movant's *Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (CV Doc. 1; CR Doc. 31)* and supporting papers and exhibits, if any, together with a copy of this Order.

**IT IS FURTHER ORDERED** that, **within twenty-three days from entry of this Order**, the United States shall answer Defendant/Movant's *Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (CV Doc. 1; CR Doc. 31)*.

**IT IS SO ORDERED.**

                                     _____
                                     **LOURDES A. MARTÍNEZ**
                                     **UNITED STATES MAGISTRATE JUDGE**